UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**Prior, Gerard John, as Personal Representative of the Estate of Kevin M. Prior**

**Pruim, Kathryn S., as Personal Representative of the Estate of David L. Pruim**

**Reich, Elizabeth Kane, as Personal Representative of the Estate of Joan C. Kane**

**Reich, Elizabeth Kane, as Personal Representative of the Estate of Vincent D. Kane, Jr.**

**Reich, Elizabeth Kane, as Personal Representative of the Estate of Vincent D. Kane, Sr.**

**Roman, Francine Michelle**

**Russo, Arthur, as Personal Representative of the Estate of Wayne A. Russo**

**Santoro, Alberto A., as Personal Representative of the Estate of Mario L. Santoro**

**Segura, Silveria as Personal Representative of the Estate of Juan G. Salas, Deceased**

**Simon, Shelley, as Personal Representative of the Estate of Paul J. Simon**

**Soudant, Elizabeth A.**

**Soudant, Elizabeth A., as Personal Representative of the Estate of Gregory E. Rodriguez**

**Springer, Eugene R.**

**Springer, Eugene R. as Personal Representative of the Estate of Lucy Fishman, Deceased**

**Springer, Jason**

**Steed, Jacqueline Yvonne**

**Stewart, Eamon P.D.**

**Stewart, Francisco**

**Stewart, Richard W., as Personal Representative of the Estate of Daniel E. Stewart**

**Stuart, Mari Glick, as Personal Representative of the Estate of Steven L. Glick**

**Suarez, Sally Ann, as Personal Representative of the Estate of Benjamin Suarez**

**Sutcliffe, Margaret, as Personal Representative of the Estate of Robert Sutcliffe**

**Talty, Barbara, as Personal Representative of the Estate of Paul Talty**

**Talty, John Paul**

**Tam, Jin Ark, as Personal Representative of the Estate of Maurita Tam**

**Thompson, Patricia Ann, as Personal Representative of the Estate of Philip Haentzler**

**Tipaldi, Richard, as Personal Representative of the Estate of Robert Frank Tipaldi**

**Torea, Judith Ann**

**Torea, Judith Ann, as Personal Representative of the Estate of Harvey Joseph Gardner, III**

**Traore, Hadidjatou, as Personal Representative of the Estate of Abdoul Karim Traore**

**Turcios, Victor M., as Personal Representative of the Estate of Sigrid Charlotte Wiswe**

**Varriano, Madeline**

**Varriano, Madeline, as Personal Representative of the Estate of Frank Varriano**

**Vigiano, Ariana**

**Vigiano, Nicolette**

**Washington, Keisha, as Personal Representative of the Estate of Derrick Christopher Washington**

**Waters, Janice, as Personal Representative of the Estate of Patrick J. Waters**

**Williams, Murna T., as Personal Representative of the Estate of Louie Anthony Williams**

**Yamnicky, Jennifer Lynn**

**Yamnicky, Jr., John David**

**Yamnicky, Jr., John David, as Personal Representative of the Estate of John David Yamnicky, Sr.**

**Yamnicky, Mark S.**

**Yarrow, Tina R., as Personal Representative of the Estate of Stephen V. Long**

**Yuen, Edwin H., as Personal Representative of the Estate of Cindy Yanzhu Guan**

**Zaccaria, Karen as Personal Representative of the Estate of Debra L. Gibbon, Deceased**

                          **Plaintiff(s),**

                                                                       **19-CV-44 (GBD)(SN)**

                   **-against-**                           **IRAN SHORT FORM COMPLAINT AND DEMAND**

**ISLAMIC REPUBLIC OF IRAN,**           **FOR TRIAL BY JURY**

                             **Defendant.**

------------------------------------------------------X

      Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No.

3237, or (b) the Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at <u>Havlish v. Bin Laden</u>, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 363, 294, 295; <u>In re Terrorist Attacks on September 11, 2001</u>, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

**VENUE**

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

**JURISDICTION**

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

**CAUSES OF ACTION**

3. Each Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint **[check <u>only one</u> complaint]**:

- ☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic republic of Iran, ECF No. 3237

- ☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4. In addition, each Plaintiff hereby asserts the following additional causes of action:

- ☒ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

  As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

- ☒ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

  As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist

Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF PLAINTIFFS

5. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

   a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

   b. Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

   c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

   d. For those Plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

   e. For those Plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each Plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5.  The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

6.  By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

7.  By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8.  Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated:   January 2, 2019            Respectfully submitted,

/s/ Robert T. Haefele
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (NY Bar #ME8337)
Robert T. Haefele, Esq. (NY Bar #RH2811)
Elizabeth Smith, Esq.
John Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com

melsner@motleyrice.com
rhaefele@motleyrice.com
esmith@motleyrice.com
jeubanks@motleyrice.com

*COUNSEL FOR PLAINTIFFS*

APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim |
|---|---|---|---|---|---|---|
| Prior, Gerard John, as Personal Representative of the Estate of Kevin M. Prior | NY | Prior, Kevin M. | Personal Representative | U.S. | U.S. | WD |
| Pruim, Kathryn S., as Personal Representative of the Estate of David L. Pruim | FL | Pruim, David L. | Personal Representative | U.S. | U.S. | WD |
| Reich, Elizabeth Kane, as Personal Representative of the Estate of Joan C. Kane | NY | Kane, Jr., Vincent D. | Parent | U.S. | U.S. | Solatium |
| Reich, Elizabeth Kane, as Personal Representative of the Estate of Vincent D. Kane, Jr. | NY | Kane, Jr., Vincent D. | Personal Representative | U.S. | U.S. | WD |
| Reich, Elizabeth Kane, as Personal Representative of the Estate of Vincent D. Kane, Sr. | NY | Kane, Jr., Vincent D. | Parent | U.S. | U.S. | Solatium |
| Roman, Francine Michelle | OH | Laurencin, Charles Augustus | Child | U.S. | U.S. | Solatium |
| Russo, Arthur, as Personal Representative of the Estate of Wayne A. Russo | NJ | Russo, Wayne A. | Personal Representative | U.S. | U.S. | WD |
| Santoro, Alberto A., as Personal Representative of the Estate of Mario L. Santoro | SC | Santoro, Mario L. | Personal Representative | U.S. | U.S. | WD |
| Segura, Silveria as Personal Representative of the Estate of Juan G. Salas, Deceased | NY | Salas, Juan G. | Personal Representative | U.S. | U.S. | WD |

| | | | | | | |
|---|---|---|---|---|---|---|
| Simon, Shelley, as Personal Representative of the Estate of Paul J. Simon | FL | Simon, Paul J. | Personal Representative | U.S. | U.S. | WD |
| Soudant, Elizabeth A. | NY | Rodriguez, Gregory E. | Spouse | U.S. | U.S. | Solatium |
| Soudant, Elizabeth A., as Personal Representative of the Estate of Gregory E. Rodriguez | NY | Rodriguez, Gregory E. | Personal Representative | U.S. | U.S. | WD |
| Springer, Eugene R. | NY | Fishman, Lucy | Spouse | U.S. | U.S. | Solatium |
| Springer, Eugene R. as Personal Representative of the Estate of Lucy Fishman, Deceased | NY | Fishman, Lucy | Personal Representative | U.S. | U.S. | WD |
| Springer, Jason | NY | Fishman, Lucy | Child | U.S. | U.S. | Solatium |
| Steed, Jacqueline Yvonne | NY | Laurencin, Charles Augustus | Step-Child | U.S. | U.S. | Solatium |
| Stewart, Eamon P.D. | NJ | Stewart, Michael James | Child | U.S. | U.S. | Solatium |
| Stewart, Francisco | NJ | Stewart, Michael James | Child | U.S. | U.S. | Solatium |
| Stewart, Richard W., as Personal Representative of the Estate of Daniel E. Stewart | NY | Stewart, Daniel E. | Personal Representative | U.S. | U.S. | WD |
| Stuart, Mari Glick, as Personal Representative of the Estate of Steven L. Glick | CT | Glick, Steven L. | Personal Representative | U.S. | U.S. | WD |
| Suarez, Sally Ann, as Personal Representative of the Estate of Benjamin Suarez | FL | Suarez, Benjamin | Personal Representative | U.S. | U.S. | WD |
| Sutcliffe, Margaret, as Personal Representative of the Estate of Robert Sutcliffe | NJ | Sutcliffe, Robert | Personal Representative | U.S. | U.S. | WD |
| Talty, Barbara, as Personal Representative of the Estate of Paul Talty | NY | Talty, Paul | Personal Representative | U.S. | U.S. | WD |
| Talty, John Paul | NY | Paul Talty | Sibling | U.S. | U.S. | Solatium |
| Tam, Jin Ark, as Personal Representative of the Estate of Maurita Tam | NY | Tam, Maurita | Personal Representative | U.S. | U.S. | WD |
| Thompson, Patricia Ann, as Personal Representative of the Estate of Philip Haentzler | NY | Haentzler, Philip | Personal Representative | U.S. | U.S. | WD |
| Tipaldi, Richard, as Personal Representative of the Estate of Robert Frank Tipaldi | NJ | Tipaldi, Robert Frank | Personal Representative | U.S. | U.S. | WD |
| Torea, Judith Ann | NJ | Gardner, III, Harvey Joseph | Parent | U.S. | U.S. | Solatium |
| Torea, Judith Ann, as Personal Representative of the Estate of Harvey Joseph Gardner, III | NJ | Gardner, III, Harvey Joseph | Personal Representative | U.S. | U.S. | WD |

| | | | | | | |
|---|---|---|---|---|---|---|
| Traore, Hadidjatou, as Personal Representative of the Estate of Abdoul Karim Traore | NY | Traore, Abdoul Karim | Personal Representative | U.S. | U.S. | WD |
| Turcios, Victor M., as Personal Representative of the Estate of Sigrid Charlotte Wiswe | PA | Wiswe, Sigrid Charlotte | Personal Representative | Germany | Germany | WD |
| Varriano, Madeline | NY | Varriano, Frank | Spouse | U.S. | U.S. | Solatium |
| Varriano, Madeline, as Personal Representative of the Estate of Frank Varriano | NY | Varriano, Frank | Personal Representative | U.S. | U.S. | WD |
| Vigiano, Ariana | NY | Vigiano, II, John Thomas | Child | U.S. | U.S. | Solatium |
| Vigiano, Nicolette | NY | Vigiano, II, John Thomas | Child | U.S. | U.S. | Solatium |
| Washington, Keisha, as Personal Representative of the Estate of Derrick Christopher Washington | NY | Washington, Derrick Christopher | Personal Representative | U.S. | U.S. | WD |
| Waters, Janice, as Personal Representative of the Estate of Patrick J. Waters | NY | Waters, Patrick J. | Personal Representative | U.S. | U.S. | WD |
| Williams, Murna T., as Personal Representative of the Estate of Louie Anthony Williams | NV | Williams, Louie Anthony | Personal Representative | U.S. | U.S. | WD |
| Yamnicky, Jennifer Lynn | MD | Yamnicky, Sr., John David | Child | U.S. | U.S. | Solatium |
| Yamnicky, Jr., John David | VA | Yamnicky, Sr., John David | Child | U.S. | U.S. | Solatium |
| Yamnicky, Jr., John David, as Personal Representative of the Estate of John David Yamnicky, Sr. | VA | Yamnicky, Sr., John David | Personal Representative | U.S. | U.S. | WD |
| Yamnicky, Mark S. | CA | Yamnicky, Sr., John David | Child | U.S. | U.S. | Solatium |
| Yarrow, Tina R., as Personal Representative of the Estate of Stephen V. Long | SC | Long, Stephen V. | Personal Representative | U.S. | U.S. | WD |
| Yuen, Edwin H., as Personal Representative of the Estate of Cindy Yanzhu Guan | NY | Guan, Cindy Yanzhu | Personal Representative | U.S. | U.S. | WD |
| Zaccaria, Karen as Personal Representative of the Estate of Debra L. Gibbon, Deceased | NJ | Gibbon, Debra L. | Personal Representative | U.S. | U.S. | WD |