UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                                                  03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                              **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Burnett, et al. v. Islamic Republic of Iran, et al., 15-cv-9903 (GBD) (SN)

    Prior, et al. v. Islamic Republic of Iran, et al., 19-cv-0044 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 19, 2024, the Burnett Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "Defendants"). It is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Defendants; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein; and it is ORDERED that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and

it is ORDERED that the Plaintiffs identified in the attached Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York

      August 6, 2025

                                                            **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                        **BY:**                _/s/ Negam Dulel_
                                                           **Deputy Clerk**

# Exhibit A

EXHIBIT A
NON-U.S. NATIONAL 9/11 DECEDENTS (NY)

| | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | Claim Information | | | Pain & Suffering Damages | | | | | Economic Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Maria | Celeste | Aryee | | Japhet | | Aryee | | Ghana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3170 | | | $ 2,000,000.00 | | | 1/29/2024 | | $ 6,523,355.00 | |
| 2 | Katherine | Agnes | Bailey | | Garnet | | Bailey | | Canada | 9/11/01 | NY (UA175) | 15cv9903 | 1:15-cv-09903 53 at 2314 | | | $ 2,000,000.00 | | | 1/10/2020 | | $ 5,416,710.00 | |
| 3 | Maureen | Elizabeth | Basnicki | | Kenneth | William | Basnicki | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3563 | | | $ 2,000,000.00 | | | 2/15/2024 | | $ 10,941,249.00 | |
| 4 | Robert | W. | Beatty | | Jane | | Beatty | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3606 | | | $ 2,000,000.00 | | | 1/29/2024 | | $ 6,320,477.00 | |
| 5 | Malcolm | Phillip | Campbell | | Geoffrey | Thomas | Campbell | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3157 | | | $ 2,000,000.00 | | | 2/8/2024 | | $ 16,441,891.00 | |
| 6 | Margaret | Alexandra | Clarke | | Suria | R. E. | Clarke | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3591 | | | $ 2,000,000.00 | | | | | | |
| 7 | Donald | J. | Poissant | | Cynthia | Marie | Connolly | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 2755 | | | $ 2,000,000.00 | | | 1/10/2020 | | $ 9,212,611.00 | |
| | Nigel | Dunstan | Cox | | Andre | | Cox | | St. Vincent and the Grenadines | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3087 | | | | | | | | | |
| 9 | Bibiana Asuncion | M. | de Chavez de Chavez | | Lipucendi | Malbayaroc | de Chavez | | Philippines | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 1 53 at 366 4778 at 3 | | | $ 2,000,000.00 | | | 2/20/2024 | | $ 9,308,134.00 | |
| 10 | Janet | Arleen | Dunstan | | Richard | A. | Dunstan | | England | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 1154 | | | $ 2,000,000.00 | | | 2/29/2024 | | $ 12,461,980.00 | |
| 11 | Anna | Maria | Egan | | Michael | | Egan | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 579 | | | $ 2,000,000.00 | | | | | | |
| 12 | Rogelio | R. | Escarcega | | Sarah | All | Escarcega | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3605 | | | $ 2,000,000.00 | | | 4/4/2024 | | $ 13,103,471.00 | |
| 13 | Jennifer | Rene | Ewart | | Meredith | Em N June | Ewart | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 88 | | | $ 2,000,000.00 | | | | | | |
| 14 | Tosdie | | Molina | | Christopher | Hugh | Forsythe | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 439 | | | $ 2,000,000.00 | | | | | | |
| 15 | Hans | | Gerhardt | | Ralph | | Gerhardt | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3501 | | | $ 2,000,000.00 | | | 1/10/2020 | | $ 18,122,886.00 | |
| 16 | Deena | Jean | Gilbey | | Paul | Stuart | Gilbey | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 1416 | | | $ 2,000,000.00 | | | 1/10/2020 | | $ 12,215,596.00 | |
| 17 | Victoria | | Blakeley | | Pedro | | Grehan | | Argentina | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 1727 | | | $ 2,000,000.00 | | | | | | |
| 18 | Beverly | | Hall | | Vaswald | George | Hall | | Jamaica | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3598 | | | $ 2,000,000.00 | | | | | | |
| 19 | Susan | | Jones | | Christopher | D. | Jones | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 2883 | | | $ 2,000,000.00 | | | 1/13/2020 | | $ 14,785,800.00 | |
| 20 | Solomon | | Gayle | | Selbi | | Khoo | | Malaysia | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 400 | | | $ 2,000,000.00 | | | 1/13/2020 | | $ 73,639,140.00 | |
| 21 | Seeta | | Gawas | | Ganesh | | Ladkat | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 1541 | | | $ 2,000,000.00 | | | | | | |
| 22 | Se | Hua | Au | | Wei Rong | | Lin | | China | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 2554 | | | $ 2,000,000.00 | | | 1/10/2020 | | $ 12,114,565.00 | |
| 23 | Deming | | Lohez | | Jerome | | Lohez | | France | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3509 | | | $ 2,000,000.00 | | | | | | |
| 24 | Maureen | Marguerite | Maddison | | Simon | | Maddison | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 1349 | | | $ 2,000,000.00 | | | | | | |
| 25 | William | Jorn | Skead | | Christine | Sheila | McNulty | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3584 | | | $ 2,000,000.00 | | | | | | |
| 26 | Myrtle | | Bazil | | Shevonne | Olicia | Mentis | | Guyana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 2050 | | | $ 2,000,000.00 | | | 1/14/2020 | | $ 8,917,674.00 | |
| 27 | Koolshmatie | | Nath | | Narender | | Nath | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 2533 | | | $ 2,000,000.00 | | | | | | |
| 28 | Lachman | | Parbhu | | Hardai | | Parbhu | | Guyana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3537 | | | $ 2,000,000.00 | | | | | | |
| 29 | Yogesh | R. | Patel | | Avnish | Ramanbhai | Patel | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 78 | | | $ 2,000,000.00 | | | | | | |
| 30 | Silveria | | Segure | | Juan | G. | Salas | | Dominican Republic | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 4778 at 6 | | | $ 2,000,000.00 | | | 1/13/2020 | | $ 6,631,265.00 | |
| 31 | Lucy | E. | Thompson | | Clive | | Thompson | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 1324 | | | $ 2,000,000.00 | | | | | | |
| 32 | Sharon | B. | Schultz | | Karamo | | Trerra | | Gambia | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 1561 | | | $ 2,000,000.00 | | | | | | |
| 33 | Elizabeth | Rachel | Turner | | Simon | James | Turner | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3556 | | | $ 2,000,000.00 | | | | | | |
| 34 | Yah-Ju | | Wen | | Szu-Hui | | Wen | | Taiwan | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 1191 | | | $ 2,000,000.00 | | | | | | |
| 35 | Victor | M. | Turcios | | Sigrid | Charlotte | Wiswe | | Germany | 9/11/01 | NY (WTC) | 19cv44 | 1:19-cv-00044 1 Appx. Pg. 12 | | | $ 2,000,000.00 | | | | | | |
| 36 | Karen | L. | Bestel | | Martin | Michael | Wortley | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 2258 | | | $ 2,000,000.00 | | | | | | |
| 37 | Nancy | McCardle | Yambem | | Jupiter | | Yambem | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3234 | | | $ 2,000,000.00 | | | 1/13/2020 | | $ 7,936,398.00 | |
| 38 | Altha | | Vennakpalli | | Suresh | | Yanamadala | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 53 at 3543 | | | $ 2,000,000.00 | | | | | | |