**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                                    **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                                  **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

      Burnett v. Islamic Republic of Iran, No. 15-cv-09903 (GBD)(SN)
      Arias v. Islamic Republic of Iran, No. 19-cv-00041 (GBD)(SN)
      Prior v. Islamic Republic of Iran, No. 19-cv-00044 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated May 29, 2025, the Plaintiffs listed in Exhibits A and B move for entry of

partial final default judgment against Defendant the Islamic Republic of Iran ("Iran"). It is

ORDERED that partial final judgment by default is entered on behalf of the Plaintiffs identified in

the attached Exhibits A and B against Iran; and it is ORDERED that the Plaintiffs identified in

Exhibit A are awarded solatium damages as set forth therein; and it is ORDERED that the Plaintiffs

identified in Exhibit B are awarded pain and suffering and economic damages as set forth therein;

and it is ORDERED that Plaintiffs receiving solatium damages identified in Exhibit A are awarded

prejudgment interest of 4.96 percent per annum, compounded annually, running from September

11, 2001 until the date of judgment; and it is further ORDERED that Plaintiffs receiving pain and

suffering damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per

annum, compounded annually, running from September 11, 2001 until the date of judgment; and

it is further ORDERED that Plaintiffs receiving economic damages identified in Exhibit B are

awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the

date as indicated in the "Date of Report" column in Exhibit B until the date of judgment; and it is

ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications for

punitive or other damages at a later date consistent with any future rulings of this Court; and it is

ORDERED that the Plaintiffs not appearing on Exhibits A or B may submit in later stages

applications for damages awards to the extent they have not done so already.

**Dated:**  New York, New York

      August 11, 2025

                                        **TAMMI M. HELLWIG**

                                        **Clerk of Court**

**BY:**                                        **Deputy Clerk**

# Exhibit A

EXHIBIT A
SOLATIUM

| # | \<br>Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | |
| 1 | Kara; Melissa; Michael | | Kasper | | Laureen | | Kasper | | U.S. | Charles | Lewis | Kasper | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3441 | 10252, at 190, 10256 | Spouse | | | $ 12,500,000.00 | |
| 2 | Theodore | S. | Beck | | Susan | | Beck | | U.S. | Lawrence | Ira | Beck | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 1 | Parent | | | $ 8,500,000.00 | |
| 3 | | | | | Christopher | | Higgins | | U.S. | Timothy | | Higgins | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3422 | 1:15-cv-09903, 826, at 4 | Child | | | $ 8,500,000.00 | |
| 4 | | | | | Christopher | Marc | Wieman | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 3 | Child | | | $ 8,500,000.00 | |
| 5 | | | | | Caileigh | Ward | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 5 | Child | | | $ 8,500,000.00 | |
| 6 | | | | | Kyle | Ridge | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 6 | Child | | | $ 8,500,000.00 | |
| 7 | | | | | Sydney | Marguerite | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 7 | Child | | | $ 8,500,000.00 | |
| 8 | | | | | Mary | Julia | Wieman | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 4 | Child | | | $ 8,500,000.00 | |
| 9 | | | | | Alison | Wieman | Brondeau | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 2 | Child | | | $ 8,500,000.00 | |
| 10 | | | | | Lisa | Caroline | Miller-Kelly | | U.S. | Robert | Cromwell | Miller, Jr. | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1747 | 1:15-cv-09903, 826, at 8 | Child | | | $ 8,500,000.00 | |
| 11 | | | | | Susan | Ann | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3580 | | Spouse | | | $ 12,500,000.00 | |
| 12 | | | | | Caroline | Susan | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 3 | Child | | | $ 8,500,000.00 | |
| 13 | | | | | Mallory | Ann | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 4 | Child | | | $ 8,500,000.00 | |
| 14 | Arvette | D. | Harris | | Robert | E. | Harris | Jr. | U.S. | Aisha | Ann | Harris | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3346 | 10443-1, at 7, 10454 | Parent | | | $ 8,500,000.00 | |
| 15 | | | | | Joseph | Theodore | Afflitto | Sr. | U.S. | Daniel | Thomas | Afflitto | Sr. | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 676, at 2 | Parent | | | $ 8,500,000.00 | |
| 16 | | | | | Scott | David | Beck | | U.S. | Lawrence | Ira | Beck | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 1 | Sibling | | | $ 4,250,000.00 | |
| 17 | | | | | Grant | James | Bilcher | | U.S. | Brian | | Bilcher | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 2 | Child | | | $ 8,500,000.00 | |
| 18 | | | | | Tina | Marie | Bilcher | | U.S. | Brian | | Bilcher | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 583 | | Spouse | | | $ 12,500,000.00 | |
| 19 | | | | | Laura | Mary | Bilcher-Steffesen | | U.S. | Brian | | Bilcher | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 3 | Sibling | | | $ 4,250,000.00 | |
| 20 | | | | | Laverne | | Booker | | U.S. | Sean | | Booker | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 4 | Sibling | | | $ 4,250,000.00 | |
| 21 | | | | | Sonya | | Booker | | U.S. | Sean | | Booker | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 5 | Sibling | | | $ 4,250,000.00 | |
| 22 | | | | | Stacey | Marie | Booker | | U.S. | Sean | | Booker | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 6 | Sibling | | | $ 4,250,000.00 | |
| 23 | | | | | Keith | | King | | U.S. | Sean | | Booker | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 7 | Sibling | | | $ 4,250,000.00 | |
| 24 | Mauricio | | Chevalier | | Zeneida | Mercedes | Chevalier | | Dominican Republic | Nestor | Julio | Chevalier | Jr. | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2766 | 1:03-md-01570, 10252, at 70, 10256 | Parent | | | $ 8,500,000.00 | |
| 25 | | | | | Russell | Blaise | Connors | | U.S. | Kevin | P. | Connors | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 1 | Sibling | | | $ 4,250,000.00 | |
| 26 | | | | | Lauren | Coombs | Murphy | | U.S. | Jeffrey | W. | Coombs | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 8 | Sibling | | | $ 4,250,000.00 | |
| 27 | | | | | Jenna | Marie | DeAngelis | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 9 | Child | | | $ 8,500,000.00 | |
| 28 | | | | | Joan | Marie | DeAngelis | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 10 | Sibling | | | $ 4,250,000.00 | |
| 29 | | | | | Lisa | Ann | DeAngelis | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 11 | Child | | | $ 8,500,000.00 | |
| 30 | | | | | Paul | | DeAngelis | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 461 | | Sibling | | | $ 4,250,000.00 | |
| 31 | | | | | Mary | Elizabeth | Platek | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 12 | Sibling | | | $ 4,250,000.00 | |
| 32 | | | | | Michael | David | Fiedel | | U.S. | Kristen | Nicole | Fiedel | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 13 | Sibling | | | $ 4,250,000.00 | |
| 33 | | | | | Ainsley | Laurents | Gilligan | | U.S. | Ronald | L. | Gilligan | | U.K. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 950, at 1 | Child | | | $ 8,500,000.00 | |
| 34 | | | | | Allyson | Mae | Easterling | | U.S. | Robert | Allan | Hepburn | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 14 | Child | | | $ 8,500,000.00 | |
| 35 | | | | | Jennifer | | Hall | | U.S. | Robert | Allan | Hepburn | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 15 | Child | | | $ 8,500,000.00 | |
| 36 | | | | | Theresa | Lynn | Hepburn | | U.S. | Robert | Allan | Hepburn | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2158 | | Spouse | | | $ 12,500,000.00 | |
| 37 | | | | | Cody | Nicole | Clare | | U.S. | Timothy | | Higgins | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 16 | Child | | | $ 8,500,000.00 | |
| 38 | | | | | Catie | Ryan | Rollins | | U.S. | Timothy | | Higgins | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 17 | Child | | | $ 8,500,000.00 | |
| 39 | | | | | Diane | Lorraine | Hunt | | U.S. | William | Christopher | Hunt | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 18 | Parent | | | $ 8,500,000.00 | |
| 40 | | | | | John | Edward | Manley | Jr. | U.S. | Sara | Elizabeth | Manley | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 19 | Sibling | | | $ 4,250,000.00 | |
| 41 | | | | | May-Lis | Anne | Manley | | U.S. | Sara | Elizabeth | Manley | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 20 | Sibling | | | $ 4,250,000.00 | |
| 42 | | | | | Anna | Marie | Bocchino | | U.S. | Edward | Frank | Pullis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 2 | Sibling | | | $ 4,250,000.00 | |
| 43 | | | | | Josephine | Anne | Pullis | | U.S. | Edward | Frank | Pullis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 21 | Sibling | | | $ 4,250,000.00 | |
| 44 | | | | | Tina | Gaetana | Pullis | | U.S. | Edward | Frank | Pullis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 22 | Parent | | | $ 8,500,000.00 | |
| 45 | Dominic | J. | Puopolo | Sr. | Dominic | J. | Puopolo | Jr. | U.S. | Sonia | Morales | Puopolo | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3472 | 1:03-md-01570, 10785, at 3, 10791 | Child | | | $ 8,500,000.00 | |
| 46 | | | | | Janine | Ashley | Birt | | U.S. | Angela | Susan | Scheinberg | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 23 | Child | | | $ 8,500,000.00 | |
| 47 | | | | | Bradley | Blakeslee | Bullis | | U.S. | Dianne | Bullis | Snyder | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 24 | Sibling | | | $ 4,250,000.00 | |
| 48 | | | | | John | Andrew | Bullis | | U.S. | Dianne | Bullis | Snyder | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 25 | Sibling | | | $ 4,250,000.00 | |
| 49 | | | | | Elizabeth | Frances | Bullis-Wiese | | U.S. | Dianne | Bullis | Snyder | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 949, at 1 | Sibling | | | $ 4,250,000.00 | |
| 50 | Jacqueline | | Pickering | | Maureen | | Pickering | | U.S. | Joann | | Tabeek | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 565 | 1:03-md-01570, 10730, at 20, 10759 | Sibling | | | $ 4,250,000.00 | |
| 51 | Susan | | Tighe | | Timothy | | Tighe | | U.S. | Stephen | Edward | Tighe | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1341 | 1:03-md-01570, 10730, at 21, 10759 | Sibling | | | $ 4,250,000.00 | |
| 52 | | | | | Paige | Jenna | Tipaldi | | U.S. | Robert | Frank | Tipaldi | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 949, at 2 | Sibling | | | $ 4,250,000.00 | |
| 53 | | | | | Daniel | Walter | Hunt | | U.S. | William | Christopher | Hunt | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 976, at 1 | Sibling | | | $ 4,250,000.00 | |

# Exhibit B

EXHIBIT B
Pain and Suffering Damages

| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | Notes |
| 1 | Alexander | J. | Rosenblum | | Howard | | Selwyn | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3488 | 10457-1, at 66, 10462 | | $ 2,000,000.00 | | | | | |
| 2 | Nicholas | J. | Chiarchiaro | | Dorothy | J. | Chiarchiaro | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 640 | 10443-1, at 11, 10454 | | $ 2,000,000.00 | | 11/1/24 | | $ 3,652,120.00 | |
| 3 | Virginia | Ann | Hindy | | Mark | D. | Hindy | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1319 | 10443-1, at 6, 10454 | | $ 2,000,000.00 | | | | | |
| 4 | Elza | Marie | McGowan | | Rosa | Marie | Chapa | | U.S. | 9/11/01 | VA | 9903 | 1:19-cv-00041, 1, Appx. Pg. 17 | 4778 at 4 | 5918 at 3 | | | 9/18/2024 | | $ 3,964,670.00 | |
| 5 | Richard | | Chung | | Wai | C. | Chung | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1767 | | 6035 at 6 | | | 9/18/2024 | | $ 11,525,770.00 | |
| 6 | Alice | | Adler | | Lee | Alan | Adler | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2813 | | 5975 at 7 | | | 10/9/2024 | | $ 8,723,360.00 | |
| 7 | Eugene | R. | Springer | | Lucy | A. | Fishman | | U.S. | 9/11/01 | NY | 44 | 1:19-cv-00044, 1, 11 | | 6040 | | | 11/15/2024 | | $ 11,777,501.00 | |
| 8 | Virginia | Ann | Hindy | | Mark | D. | Hindy | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1319 | 10443-1, at 6, 10454 | | | | 1/2/2025 | | $ 23,514,283.00 | |
| 9 | Paul | | DeAngelis | | Robert | Joseph | DeAngelis | Jr. | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 461 | | | $ 2,000,000.00 | | | | | |
| 10 | Peter | John | Lynch | | James | Francis | Lynch | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2229 | 1:03-md-01570, 10431-1, 10440 | | $ 2,000,000.00 | | | | | |
| 11 | Clifford | I. | Olsen | | Eric | Taube | Olsen | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1489 | 1:03-md-01570, 10457-1, at 53, 10462 | | $ 2,000,000.00 | | | | | |
| 12 | David | B. | Brandhorst | | Daniel | | Brandhorst | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3067 | | | | | 3/12/2025 | | $ 17,207,164.00 | |
| 13 | John | F. | Clarke | | Michael | John | Clarke | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1546 | | | | | 4/7/2025 | | $ 14,497,517.00 | |
| 14 | Stephanie | L. | Esposito | | William | J. | Esposito | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2914 | | | | | 3/14/2025 | | $ 11,350,789.00 | |
| 15 | Cecilia | | Goldstein | | Monica | | Goldstein | | U.S. | 9/11/2001 | NY | | | 1:03-md-01570, 5511-1, at 1, 5598 | | | | 4/9/2025 | | $ 11,665,296.00 | |
| 16 | Nicholas | P. | Chiofalo | Jr. | Nicholas | Paul | Chiofalo | | U.S. | 9/11/2001 | NY | | | 10443-1, at 4, 10454 | | $ 2,000,000.00 | | | | | |
| 17 | William | H. | Fields | Sr. | Amelia | V. | Fields | | U.S. | 9/11/2001 | NY | | 1:15-cv-09903, 53, at 3349 | | 5975 | | | 4/15/2025 | | $ 7,154,058.00 | |
| 18 | Daniel | Aaron | Gerlich | | Robert | J. | Gerlich | | U.S. | 9/11/2001 | NY | | | 10457-1, at 34, 10462 | 7188 | | | 4/21/2025 | | $ 4,754,696.00 | |